IN THE UNTED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BISACCA | : | CIVIL ACTION |
| Plaintiff, | : | No. 21-00333 |
| v. | : | |
| JMP LOGISTICS, INC.<br>and<br>AMAZON LOGISTICS, INC. | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this \_\_\_\_ day of _____, 2021, upon consideration of Plaintiff's and Defendant Amazon Logistics, Inc.'s ("Amazon") Unopposed Motion for Leave to Appear via Telephone for the June 23, 2021 Initial Case Management Conference ("Conference"), it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**.

Counsel for Plaintiff and Amazon shall be permitted to appear at the Conference via telephone. Counsel for Plaintiff shall circulate a conference call-in number to Chambers and all counsel at least three (3) days prior to the Conference.

BY THE COURT

_____
The Honorable David Stewart Cercone, U.S.D.J.

### IN THE UNTED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BISACCA | : | CIVIL ACTION |
| Plaintiff, | : | No. 21-00333 |
| v. | : | |
| JMP LOGISTICS, INC. and AMAZON LOGISTICS, INC. | : | |
| Defendants. | : | |

**UNOPPOSED MOTION BY PLAINTIFF AND DEFENDANT AMAZON LOGISTICS, INC. FOR LEAVE TO APPEAR VIA TELEPHONE FOR THE INITIAL CASE MANAGEMENT CONFERENCE**

The undersigned counsel, hereby file the instant Motion for Leave to Appear via Telephone for the June 23, 2021 Initial Case Management Conference, and state as follows in support of the instant Motion:

1. The Initial Case Management Conference in this matter is currently scheduled for June 23, 2021 at 1:00 p.m. in Pittsburgh.

2. Per the Court's Order trial counsel and all unrepresented parties shall be present at the conference.

3. The undersigned are trial counsel for their respective clients in this matter.

4. Plaintiff's undersigned counsel's office is located in Bensalem, Pennsylvania, which is more than 300 miles from the Pittsburgh Courthouse. Defendant Amazon Logistics, Inc.'s counsel's office is located in midtown Manhattan, which is approximately 400 miles away.

5. Both undersigned counsel's respective clients are responsible for paying their counsel's costs in this matter. In an effort to conserve the time, costs and fees associated with travel from Bensalem and Manhattan to Pittsburgh, we respectfully request leave to appear via telephone for the June 23, 2021 Initial Case Management Conference.

6. We have conferred with counsel for Defendant JMP Logistics, Inc. who has no objection to this request.

**WHEREFORE**, we respectfully request that the Court grant this Motion.

Respectfully submitted,

| | |
|---|---|
| */s/ Adam C. Lease* | */s/ Gabrielle F. Levin* |
| Adam C. Lease, Esq. | Gabrielle F. Levin, Esq. |
| Karpf, Karpf & Cerutti, P.C. | Gibson, Dunn and Crutcher LLP |
| 3331 Street Road | 200 Park Avenue |
| Two Greenwood Square, Suite 128 | 48th Floor |
| Bensalem, PA 19020 | New York, NY 10166 |
| (215) 639-0801 | (212) 351-4000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Amazon Logistics, Inc.* |

Date: May 20, 2021

IN THE UNTED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BISACCA | : | CIVIL ACTION |
| Plaintiff, | : | No. 21-00333 |
| v. | : | |
| JMP LOGISTICS, INC.<br>and<br>AMAZON LOGISTICS, INC. | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I certify on the date set forth below that I served Defendants with Plaintiff's Unopposed Motion to for Leave to Appear via Telephone for the Initial Case Management at the following address via ECF only through Defendants' counsel of record:

Gabrielle Levin, Esq,
Gibson Dunn
200 Park Avenue
New York, NY 10166

Jason C. Schwartz, Esq.
Gibson Dunn & Crutcher
1050 Connecticut Avenue, NW
Washington, DC 20036

Jennifer G. Betts, Esq.
Ogletree Deakins Nash Smoak & Stewart
One PPG Place
Suite 1900
Pittsburgh, PA 15222

/s/ Adam C. Lease
Adam C. Lease, Esq.

Dated: May 20, 2021